FILED
CLERK, U.S. DISTRICT COURT
01/25/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 45

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Antonio Fernandez**,

   Plaintiff,

 v.

**Golden Opportunity No 14 LP**, a California Limited Partnership;
**SPSSM Investments - V, Inc.**, a California Corporation;
**JDHS Inc.,** a California Corporation

   Defendants.

Case: 2:21-cv-01166-PSG-MRW

[~~proposed~~] Judgment Re: Summary Judgment

  Following the court's ruling on January 14, 2022, granting Plaintiff's Motion for Summary Judgment, it is hereby ordered and adjudged that Plaintiff Antonio Fernandez is entitled to an injunction requiring Defendants to ensure that the aisle in front of beverage refrigerator at the Liquor Land store located at 11440 Santa Gertrudes Ave., Whittier, California, complies with the minimum clearance width under 36 C.F.R., Pt. 1191, Appendix D (Building Blocks: 403.5).

1

[proposed] JUDGMENT                   2:21-cv-01166-PSG-MRW

Dated: 01/25/22          By: _____
                              Hon. Philip S. Gutierrez,
                              United States District Judge

*Presented by*:
Isabel Rose Masanque, Esq.
858-375-7385
IsabelM@potterhandy.com
Attorney for Plaintiff